

**FILED** KP
**7/18/2019**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JUN 13 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Wynter Pero

Plaintiff(s),

v.

University of Illinois at Chicago - Police Department
Lieutenant Todd Edwards +
Sergeant Christopher Granley

Defendant(s).

1:19-cv-3976
Judge Charles R. Norgle, Sr
Magistrate Judge Mary M. Rowland

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Ms. Wynter Pero of the county of Montgomery in the state of Maryland.

3. The defendant is University of Illinois at Chicago Police Department, whose street address is 943 West Maxwell Street, (city) Chicago (county) Cook (state) Illinois (ZIP) 60607

    (Defendant's telephone number) (312) - 996 - 2830

4. The plaintiff sought employment or was employed by the defendant at (street address) 943 West Maxwell Street (city) Chicago (county) Cook (state) Illinois (ZIP code) 60607

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) April, (day) 01, (year) 2015.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) October (day) 31 (year) 2018.

        (ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b)  The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c)  Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes  ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes  ☐ N0, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐  the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒  the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) March (day) 29 (year) 2019 a copy of which *Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☒ failed to stop harassment;
    (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
    (h) ☒ other (specify): _Whistleblower and sexual orientation_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    _Please see attached signed and typed statement dated 10 June 2019._

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ Direct the defendant to (specify): _Remove erroneous disciplinary actions from HR files to allow plantiff to be re-employed in law enforcement and federal workforce._

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Compensate annual salary and moving expenses for 2018-2019 for lost wages and relocation as a result of discrimination and hostile work environment.

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Wynter Pero
(Plaintiff's name)

13017 Wisteria Dr #271, Germantown, MD
(Plaintiff's street address)

(City) Germantown (State) MD (ZIP) 20874

(Plaintiff's telephone number) (708) - 275-2050

Date: 10 June 2019

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

10 June 2019

**Plaintiff:**

Wynter C. Pero

**Defendant(s):**

University of Illinois at Chicago-Police Department

Lieutenant Todd Edwards

Sergeant Christopher Gramley

**Facts supporting plaintiff's claim of discrimination are as follows:**

I began my employment with the above-named defendant on December 7, 2007 as a Police Officer. I was most recently employed as a Police Officer under the supervision of Sergeant Thomas Hochbaum. Beginning in or around April 2015 and continuing until my resignation, Lieutenant Todd Edwards subjected me to sex-based harassment, including but not limited to inappropriate comments about me being gay and deliberate consistent weekly derogatory comments about gay people, and sexual harassment, including but not limited to inappropriate comments about my behind (rear-end). Beginning in or around April 2015 and continuing until my resignation, Sergeant Christopher Gramley subjected me to race and color harassment, including but not limited to derogatory comments about black people committing crimes and telling me a coworker's darker complexion is prettier than mine and that is why people like her better than me. Beginning on or about August 28, 2015, when I objected to then- Sergeant Edwards conducting an illegal search and seizure and him forcing me to sign a report, and continuing until my resignation, Defendant continuously threatened to investigate me for false claims, and retaliated against with erroneous suspensions that had nothing to do with my work performance as a Police Officer. Due to this hostile work environment, I was constructively discharged on June 24, 2018. Since my resignation, I believe Defendant has been providing me with unfavorable references.

There has been no explanation for the Defendants' actions and others were not given the same restrictions, suspensions, or write ups for the same criteria or concerns.

I believe I have been discriminated against because of my sex (Female) with respect to harassment, sexual harassment, constructive discharge, and unfavorable references, and my race (black) and color (light-skinned) with respect to harassment, constructive discharge, and unfavorable references and retaliated against with respect to harassment, constructive discharge, and unfavorable references in violation of Title VII of the Civil Rights Act of 1964, as amended.

Wynter C. Pero

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Wynter Pero<br>18409 Woodhouse Lane<br>Germantown, MD 20874 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-08195 | Grace Swierczek,<br>Investigator | (312) 869-8144 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Julianne Bowman,
District Director

3/29/19
*(Date Mailed)*

Enclosures(s)

cc: **UIC**
c/o Danielle Miller
Assistant Director
Office for Access and Equity
809 S. Marshfield Ave, Room 717
Chicago, IL 60612

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2018-08195 |
|---|---|---|

Illinois Department Of Human Rights                and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Wynter Pero | Home Phone<br>(708) 275-2050 | Year of Birth<br>1980 |
|---|---|---|

Street Address: 18409 Woodhouse Lane, GERMANTOWN, MD 20874

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>UNIVERSITY OF ILLINOIS AT CHICAGO | No. Employees, Members<br>501+ | Phone No.<br>(312) 996-2830 |
|---|---|---|

Street Address: 943 West Maxwell Street, CHICAGO, IL 60607

DISCRIMINATION BASED ON (*Check appropriate box(es)*):
☒ RACE  ☒ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-01-2015    Latest: 10-31-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I. I began my employment with the above-named Respondent on December 7, 2007 as a Police Officer. I was most recently employed as Police Officer under the supervision of Sergeant Thomas Hochbaum. Beginning in or around April 2015 and continuing until my resignation, Lieutenant Todd Edwards subjected me to sex-based harassment, including but not limited to inappropriate comments about me being gay and derogatory comments about gay people, and sexual harassment, including but not limited to inappropriate comments about my behind. Beginning in or around April 2015 and continuing until my resignation, Sergeant Christopher Gramley subjected me to race and color harassment, including but not limited to derogatory comments about black people committing crimes and telling me a coworkers darker complexion is prettier than mine. Beginning on or about August 28, 2015, when I objected to then-Sergeant Edwards conducting an illegal search and seizure and forcing me to sign a report, and continuing until my resignation, Respondent continuously threatened to investigate me for false claims. Due to the hostile work environment, I was constructively discharged on June 24, 2018. Since my resignation, I believe Respondent has been providing me with unfavorable references.

II. No explanation was provided for Respondents actions.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Wynter Pero on 10-31-2018 12:38 PM EDT

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2018-08195 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

III. I believe I have been discriminated against because of my sex (Female) with respect to harassment sexual harassment, constructive discharge, and unfavorable references, and my race (Black) and color (light-skinned) with respect to harassment, constructive discharge, and unfavorable references, and retaliated against with respect to harassment, constructive discharge, and unfavorable references in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Wynter Pero on 10-31-2018 12:38 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |